McQUHAE, Respondent, v. LEHMAN, Appellant.

(Common Pleas of New York City and County, General Term. March 16, 1894.)

Action by John C. McQuhae against Charles Lehman.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

Jno. McArthur, for appellant.

Thos. D. Rambaut, for respondent.

PER CURIAM. The motion to open the default should be denied for the reasons that the appellant failed to appear on Monday, March 12th, the day that the appeal was set down for argument; that he failed to pay the costs previously imposed before the case was called on that day; and, finally, that the order which he appeals from was entered upon his own motion at special term, and granted him leave to come in and defend upon terms, that he did not comply with the terms, and that a final order denying his motion has been entered, it appears, upon his consent. Motion denied, without costs.

---

EPSTEIN, Respondent, v. HODGETTS, Appellant.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.

Action by Alfred Epstein against Charles Hodgetts.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Johnston & Johnston, for appellant.

Epstein Bros., for respondent.

No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 25 N. Y. Supp. 1141.

---

FLANAGAN, Appellant, v. FOX, Respondent.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.

Action by James Flanagan, as executor, etc., against Patrick Fox.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

No opinion. Motion for leave to appeal to the court of appeals granted. See 26 N. Y. Supp. 48.

---

HAINES, Respondent, v. THOMPSON et al., Appellants.
SWAIN, Respondent, v. SAME.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.

Actions by Annie Haines against Denman Thompson and another, and Charles Swain against the same defendants.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

John T. Easton, for appellants.

Ditterhoefer, Gerber & James, for respondent.

No opinion. Motion for reargument denied, with $10 costs. See 26 N. Y. Supp. 1132.